UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) | 06-4077 CRB **MDL NO. 1699** **District Judge:  Charles R. Breyer** |
| J.D. BURNETT, SR. and CLORA JEAN BURNETT Plaintiffs | ) ) ) ) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | ) ) ) | |
| PFIZER, INC., ET AL. Defendants | ) ) | |

Comes now the Plaintiffs, J.D. BURNETT, SR. and CLORA JEAN BURNETT, and

Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice

with each side bearing its own attorneys' fees and costs.

DATED: _____9/30_____, 2009      By: _____

Attorneys for Plaintiffs,
J. D. Burnett, Sr. and
Clora Jean Burnett

DATED: ___December 15___, 2009      By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY  10020
Telephone:  (212) 335-4500
Facsimile:  (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT
IS SO ORDERED.**

Dated: ___JAN - 4 2010___      _____

Hon. Charles R. Breyer
United States District Court